**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
**Taylor O'Leary**

                                **Plaintiff,**

                                                                **25-CV-06056**
                - against -                                      **ORDER**
**Inversiones Zahena S.A., Et. Al.,**

                                **Defendants.**
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

As stated on the record during today's telephonic conference, the Court

sets the following briefing schedule for Defendants' Motion to Dismiss:

- Defendants' Motion is due by **March 26, 2026**

- Plaintiff's Opposition, if any, is due by **April 9, 2026**

- Defendants' Reply, if any, is due by **April 16, 2026**

**SO ORDERED**

**Dated: March 12, 2026**
**New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**

1