UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAYLOR O'LEARY.,

Plaintiff,

-against-

INVERSIONES ZAHENA, S.A., ET AL.,

Defendants.

25 CIVIL 06056 (ALC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated November 13, 2026, this case is DISMISSED without prejudice, and the case is closed.

**Dated:** New York, New York
November 17, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**